# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert A Valenzuela,<br><br>    Plaintiff,<br><br>v.<br><br>Ruby J Farms LLC, et al.,<br><br>    Defendants. | No. CV-21-00442-TUC-JGZ<br><br>**ORDER** |

Upon receiving no additional proposed questions from the parties for the jury questionnaire,

**IT IS ORDERED** that the Pretrial Conference, currently set for May 2, 2023, at 2:00 p.m., is **vacated**. All remaining pretrial deadlines remain in effect.

Dated this 18th day of April, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge